MATTHEW PAUL MARCH, JR. *v.* JENNIFER A. MARCH
(8597)

DUPONT, C. J., FOTI and LAVERY, Js.

Argued September 12—decision released September 19, 1990

*Edward R. Giacci,* for the appellant (defendant).
*L. Gerald Carey,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

STATE OF CONNECTICUT *v.* JUAN BULERIN
(7969)

DALY, O'CONNELL and LANDAU, Js.

Argued September 12—decision released September 20, 1990

*John T. Walkley,* special public defender, for the
appellant (defendant).

*Frederick W. Fawcett,* assistant state's attorney,
with whom, on the brief, were *Donald A. Browne,*
state's attorney, and *Stephen J. Sedensky III,* assist-
ant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.